**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JASON DEAN GALBRAITH,                          )
                                               )
              Plaintiff,                        )
                                               )
v.                                             )        Case No. CIV-26-301-J
                                               )
GARFIELD COUNTY JAIL,                          )
                                               )
              Defendant.                        )

## ORDER

Plaintiff, a state inmate proceeding pro se and in forma pauperis, filed a Complaint under 42 U.S.C. § 1983. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell screened the Complaint and issued a Report and Recommendation recommending that the only named Defendant – Garfield County Jail – be dismissed with prejudice. [Doc. No. 39]. Judge Mitchell further recommended that the Court grant Plaintiff an opportunity to amend and she provided important points for Plaintiff to consider if he wishes to move forward. *See id.* at 5-7. Plaintiff did not object by his May 28, 2026 deadline and has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 39] and DISMISSESS Garfield County Jail, with prejudice. If he wishes, Plaintiff may file an Amended Complaint no later than June 30, 2026. The Court urges Plaintiff to carefully review Judge Mitchell's instructions.

If Plaintiff does not file an Amended Complaint on or before the deadline, judgment will

issue. Plaintiff's pending motions [Doc. Nos. 17, 19, 24, 27, 33] are DENIED as moot. Plaintiff's

pending motion for appointment of counsel [Doc. No. 36] is DENIED as premature.

IT IS SO ORDERED this 9th day of June, 2026.


BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

2